ACCEPTED
01-14-01011-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 1:04:39 PM
CHRISTOPHER PRINI
CLERK

In The
# Court of Appeals
### For The
## First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/3/2015 1:04:39 PM

CHRISTOPHER A. PRINE
Clerk

## NO. NO. 01- 14-01011-CV

## HOPE THERAPY, Appellant

## V.

## ST. ANTHONY'S HOSPITAL a/k/a LTHM HOUSTON-OPERATIONS, LLC d/b/a ST. ANTHONY'S HOSPITAL, Individually, as well as Jointly and Severally; JASON LEDAY a/k/a JASON DAMON LEDAY, Individually, as well as Jointly and Severally; DERIC OUTLEY a/k/a DERIC DEMOND OUTLEY, Individually, as well as Jointly and Severally; and VICTORIA MAE BABINEAUX a/k/a VICTORIA SHANEQUIA BABINEAUX, Individually, as well as Jointly and Severally; Appellee

## On Appeal from the 269th Judicial District Court
## Harris County, Texas
## Trial Court Cause No. 201274149

## APPOINTMENT AND FEE REPORT - MEDIATION

The Court referred this cause to mediation. DION RAMOS was appointed mediator in this appeal based on the agreement of the parties, through Appellant, HOPE THERAPY, without an objection by Appellees (ST. ANTHONY'S HOSPITAL; JASON LEDAY; DERIC OUTLEY; and

1

VICTORIA BABINEAUX).

After the referral to mediation, the cause:

___ settled before the mediation was conducted.

___ settled during mediation.

___ did not settle.

Check one of the following:

___ Based on the agreement of the parties and the mediator, the

mediator has been paid a fee as follows:

**$800.00 paid by Attorney Wayman L. Prince.**

**$800.00 paid by Attorney Ted Troy Tindal.**

___ The parties understand that the Court will tax this fee as a

cost of the appeal.

___ The parties have agreed to another method of payment and

understand that the Court will not tax this fee as a cost of

appeal.

_____
DION RAMOS, Attorney at Law and Mediator
State Bar of Texas #16617500
4601 Washington Avenue, Suite 200
Houston, Texas 77007
Office: (713) 355-9595
Facsimile: (713) 758-0157
E-Mail: karina@dionramos.com

2